## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JODY K. FIDLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:15-cv-02206-TWT |
| ) | |
| SUNTRUST BANK, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 21st day of January, 2016.

| | |
|---|---|
| s/Andrew Lampros | s/Tracy L. Glanton |
| Andrew Lampros | Sharon P. Morgan |
| Georgia Bar No. 432328 | Georgia Bar No. 522955 |
| HALL & LAMPROS, LLP | Tracy L. Glanton |
| 1230 Peachtree Street, N.E. | Georgia Bar No. 415008 |
| Suite 950 | ELARBEE, THOMPSON, SAPP & |
| Atlanta, GA 30309 | WILSON, LLP |
| Telephone: (404) 876-8100 | 229 Peachtree Street, N.E. |
| Facsimile: (404) 876-34770 | 800 International Tower |
| alampros@hallandlampros.com | Atlanta, GA 30303 |
| | Telephone: (404) 659-6700 |
| Attorney for Plaintiff | Facsimile: (404) 222-9718 |
| | morgan@elarbeethompson.com |
| | glanton@elarbeethompson.com |
| | |
| | Attorneys for Defendant |